**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**WILLIAM S. GAMBILL**                                                               **PLAINTIFF**

**V.**                                                    **CAUSE NO. 3:19-CV-470-CWR-FKB**

**YRC, INC.,** *doing business as* **YRC Freight**                         **DEFENDANT**

## ORDER OF DISMISSAL

The parties have announced to the Court a settlement of this case, and the Court desires that this matter be finally closed on its docket.

**IT IS, THEREFORE, ORDERED** that this case is hereby dismissed with prejudice as to all parties. If any party fails to execute or comply with the settlement agreement, an aggrieved party or parties may reopen the case to enforce the settlement agreement. If successful, all additional attorney's fees and costs from this date shall be awarded such aggrieved party or parties against the party failing to execute or comply with the settlement agreement. The Court specifically retains jurisdiction to enforce the settlement agreement.

**SO ORDERED,** this the 2nd day of August, 2021.

                                                    s/ Carlton W. Reeves
                                                  UNITED STATES DISTRICT JUDGE